3

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

LINETTE GALDIS ABREGO, ET AL §
§
§
versus § CIVIL ACTION B-99-001
§
§
§
E. M. TROMINSKI, ET AL §

## General Reference to Magistrate Judge

This case is referred to Magistrate Judge John Black for management through trial.

If, by the time the case is ready for trial, the parties have not consented to trial by the magistrate judge, the trial will be promptly set before the district judge.

Signed  January 12th,  1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*orefcdr.*
*termddl.*
*CJRAMG flag*