UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

LINETTE GLADIS ABREGO, and )
LUIS GERARDO ABREGO, )
  In his own right and name and )
  and as next friend to his minor )
  daughter, Linette. )
  )
v. )    B-99-001
  )
E.M. TROMINSKI, )
    INS DISTRICT DIRECTOR, and )
Hon. JANET RENO, UNITED STATES )
    ATTORNEY GENERAL. )
_____)

ORDER TO SHOW CAUSE

Upon consideration of Petitioners' (verified) Petition for Writ of Habeas Corpus, the Exhibits filed in support thereof, and good cause appearing therefor:

IT IS HEREBY ORDERED that a hearing be conducted on the <u>3rd</u> day of February, 1999, at 10 a.m. in the courtroom on the <u>2nd</u> floor, United States Courthouse, 10 and Elizabeth Streets, Brownsville, Texas, at which Respondents shall show cause, if cause there be, for the detention complained of herein.

DONE this <u>19th</u> day of January, 1999
at Brownsville, Texas.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com