lmv

```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF TEXAS
               BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
ENTERED

JAN 2 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

LINETTE GALDIS ABREGO, ET AL      *

    VS                             *   C.A. NO. B99 001

E.M. TROMINSKI, INS Director,     *
et al

## ORDER RESETTING HEARING

The **show cause hearing** in the above-captioned and numbered cause of action is hereby reset from February 3, 1999, to **February 9, 1999,** at 10:00 a.m.

DONE at Brownsville, Texas, this 26th day of January, 1999.

_____
John Wm. Black
United States Magistrate Judge
2nd Floor, Courtroom No. 2
1001 E. Elizabeth
Brownsville, TX  78520