18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED

AUG 1 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| LINETTE GLADIS ABREGO, and | § | |
| LUIS GERARDO ABREGO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-001 |
| | § | |
| E.M. TROMINSKI, INS DIRECTOR | § | |
| and JANET RENO, Attorney General | § | |
| of the United States | § | |

ORDER

Before the Court is Magistrate Judge's Amended Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Amended Report and Recommendation of July 14, 1999 should be ADOPTED.

It is ORDERED that the Petitioners' Linette Gladis Abrego and Luis Gerardo Abrego Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief be DENIED and Petitioners' case be DISMISSED for want of jurisdiction.

DONE in Brownsville, Texas, on this _____ day of _____, 1999.

Hilda G. Tagle
United States District Judge